# H H
## HAHN & HESSEN LLP
### ATTORNEYS

Steven J. Mandelsberg
Member of the Firm

Direct Dial: 212-478-7360
Email: smandelsberg@hahnhessen.com

**MEMO ENDORSED**

RECEIVED OCT 31 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

October 30, 2007

**Via Hand Delivery**

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street (Courtroom 14A)
New York, New York 10007

> Conference adjourned to
> 11/20/07 @ 9:30 A.M.
>
> SO ORDERED:
> Date: 10/31/07
> Richard M. Berman, U.S.D.J.

Re:  New Stream Commercial Finance, LLC v. Harvey Electronics, Inc.
     Civil Action Number: 07 CV 9432 (RMB)
     Our File Number: 877290-002

Dear Judge Berman:

     In accordance with paragraph 1(E) of Your Honor's Individual Practices, on behalf of Plaintiff New Stream we respectfully request that the initial pre-trial conference scheduled in this case for November 29, 2006, pursuant to the enclosed Notice received today from chambers, be adjourned because of a trial previously scheduled to commence the same day, in which I am counsel for plaintiff, in the U.S. Bankruptcy Court, District of Delaware, before Chief U.S. Bankruptcy Judge Mary F. Walrath in an action entitled, *The Official Committee of Unsecured Creditors of TW, Inc. etc. v. Cablevision Systems Corp. et al.* (Adv. Proc. No. 05-50585).

     There have been no previous requests for adjournment of this conference. Since counsel for defendant in this action is unknown and no response to the Summons and Complaint has yet been served, we have been unable to obtain defendant's prior consent to this adjournment request. We are available to attend an initial pre-trial conference on any of these alternative dates: November 19-20, 26-27, December 4-5, the week of December 10, or on December 18 or December 19 (after 2:00 pm).

Respectfully,

Steven J. Mandelsberg

SJM/deg
Enclosure



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007

488 Madison Avenue • New York, N.Y. 10022 • Phone (212) 736-1000 • (212) 478-7200
Fax (212) 478-7400 • Email: thefirm@hahnhessen.com

HH

Honorable Richard M. Berman
October 30, 2007
Page 2


cc:    Harvey Electronics, Inc.
        2 West 45th Street
        New York, New York 10036
        (Via Hand Delivery with enclosure)