UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEW STREAM COMMERCIAL FINANCE, LLC,

                Plaintiff,                Docket No.: 07 Civ. 9432 (RMB)

                                          **RULE 7.1 STATEMENT OF**
      -against-                          **DEFENDANT AND**
                                          **COUNTERCLAIM PLAINTIFF**

HARVEY ELECTRONICS, INC.,

                Defendant.
-----------------------------------------------------------------X

    Defendant and Counterclaim Plaintiff, Harvey Electronics, Inc., by its attorneys, The Law Offices of Donald T. Rave, for its Rule 7.1 Disclosure Statement, avers as follows:

    1.    Harvey Electronics, Inc. is a publicly traded corporation. It has no parent corporation and to the best of its knowledge, no other publicly traded corporation owns 10% or more of its stock.

Dated:  Locust Valley, New York
           November 19, 2007

                                    LAW OFFICES OF DONALD T. RAVE
                                    Attorneys for Defendant and Counterclaim Plaintiff

                                    By <u>Donald T. Rave, Jr.</u>
                                       A Member of the Firm
                                   11 The Plaza
                                   Locust Valley, New York
                                   516-671-1295
                                   <u>DTRAVEJR@RAVELAW.COM</u>

To: Hahn & Hessen LLP
   Attorneys for Plaintiff
   and Counterclaim Defendant
   488 Madison Avenue
   New York, New York 10022
   212-478-7200

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

    Hahn & Hessen LLP
    Attorneys for Plaintiff
    and Counterclaim Defendant
    488 Madison Avenue
    New York, New York 10022

        LAW OFFICES OF DONALD T. RAVE
        Attorneys for Defendant and Counterclaim Plaintiff

        By <u>Donald T. Rave, Jr.</u>
           A Member of the Firm
        11 The Plaza
        Locust Valley, New York
        516-671-1295
        DTRAVEJR@RAVELAW.COM