UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NEW STREAM COMMERCIAL FINANCE, LLC,

                Plaintiff,

       - against -

HARVEY ELECTRONICS, INC.,

                Defendant.
------------------------------------------------------------------x

**Case Management Plan**

07-CV-9432 (RMB)

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by April 2, 2008.

(ii)    Amend the pleadings by April 2, 2008.

(iii)    All discovery to be **expeditiously** completed by March 3, 2008.

(iv)    Consent to Proceed before Magistrate Judge: none.

(v)    Status of settlement discussions: None have occurred; Defendant has not responded to pre-litigation efforts at resolution; early mediation should be considered. *3/3/08 @ 10:30 with Principals*

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions: _____.

(vii)    Oral Argument: _____.

(viii)    Joint Pre-Trial Order to be submitted by: _____.

(ix)    Final Pre-Trial Conference: _____.

(x)    Trial: _____.

(xi)    Other: N/A *Work on settlement, mediation, etc*

SO ORDERED: New York, New York
*11/20/07*

/s/ RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07