# H&H
## HAHN&HESSEN LLP
### ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

Steven J. Mandelsberg
Member of the Firm

Direct Dial: 212-478-7360
Email: smandelsberg@hahnhessen.com

January 2, 2008

**Via Hand Delivery**

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street (Courtroom 14A)
New York, New York 10007

**MEMO ENDORSED**
p. 2

    Re:    New Stream Commercial Finance, LLC v. Harvey Electronics, Inc.
            Civil Action Number: 07 CV 9432 (RMB)
            Our File Number: 877290-002

Dear Judge Berman:

    We represent Plaintiff New Stream in the above-referenced action. We write to advise the Court that on December 28, 2007, defendant Harvey Electronics, Inc. filed a Chapter 11 petition for relief in the United States Bankruptcy Court in the Southern District of New York, where it has been assigned to Judge Allan Gropper under case number 07-14051 (ALG).

    As a result of such filing and of advice received last week from defendant Harvey's counsel in this action that a bankruptcy filing was forthcoming, the mediation of the parties' disputes (which had been scheduled to proceed with Mediation Statement submissions on December 28 to the parties' designated mediator) has been canceled.

    Accordingly, and in light of the "automatic stay" provisions of Bankruptcy Code § 362, 11 U.S.C. § 362, we recognize that—absent court approval—further proceedings in this litigation are suspended.

RECEIVED
JAN 03 2008
CHAMBERS OF
RICHARD M. BERMAN
USDJ

Respectfully,

Steven J. Mandelsberg

SJM/deg
Enclosure

488 Madison Avenue • New York, N.Y. 10022 • Phone (212) 736-1000 • (212) 478-7200
Fax (212) 478-7400 • Email: thefirm@hahnhessen.com

Honorable Richard M. Berman
January 2, 2008
Page 2

cc:  Donald T. Rave, Jr.
     Law Offices of Donald T. Rave
     11 The Plaza
     Locust Valley, NY 11560
     Attorneys for Defendant Harvey Electronics, Inc.
     (Via First Class mail & E-mail)

---

THE CLERK IS RESPECTFULLY REQUESTED TO PLACE THIS CASE ON THE COURT'S SUSPENSE DOCKET.

SO ORDERED:
Date: 1/3/08

Richard M. Berman, U.S.D.J.