**MEMO ENDORSED**

**HAHN&HESSEN LLP**
ATTORNEYS

RECEIVED
FEB 26 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Steven J. Mandelsberg
Member of the Firm

Direct Dial: 212-478-7360
Email: smandelsberg@hahnhessen.com

February 26, 2008

**Via Facsimile (212-805-6717)**
**and First Class Mail**

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street (Courtroom 14A)
New York, New York 10007

> 3/3/08 conference VACATED. Counsel to advise court of status @ 90 days, starting from 3/3/08.
>
> SO ORDERED:
> Date: 2/26/08
> Richard M. Berman, U.S.D.J.

Re:   New Stream Commercial Finance, LLC v. Harvey Electronics, Inc.
      Civil Action Number: 07 CV 9432 (RMB)
      Our File Number: 87729-002

Dear Judge Berman:

   In response to the suggestion of your clerk today and to follow up on our January 2, 2008 correspondence and Your Honor's January 3, 2008 memo endorsement requesting that this case be placed on the suspense docket, we write to request that, in light of defendant Harvey Electronics, Inc.'s continued status as a Chapter 11 debtor in the United States Bankruptcy Court in the Southern District of New York (Case Number 07-14051 (ALG)), the status/settlement conference previously scheduled for next Monday, March 3, 2008 at 10:30 a.m., be canceled.

Respectfully,

Steven J. Mandelsberg

SJM/deg
Enclosure

cc:   Donald T. Rave, Jr.
      Law Offices of Donald T. Rave
      11 The Plaza
      Locust Valley, NY 11560
      Attorneys for Defendant Harvey Electronics, Inc.
      (Via First Class mail & E-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

488 Madison Avenue • New York, N.Y. 10022 • Phone (212) 736-1000 • (212) 478-7200
Fax (212) 478-7400 • Email: thefirm@hahnhessen.com

02/26/08   TUE 17:28   [TX/RX NO 8172]